BEFORE: WILLIAM D. WALL                                      DATE: 1/04/07

UNITED STATES MAGISTRATE JUDGE                               TIME: 2:30 PM

DOCKET NO.  CV 03-5986                          ASSIGNED JUDGE: PLATT

CASE NAME: LIMPERT ET AL. V. CAMBRIDGE CREDIT COUNSELING CORP. ET AL.

CIVIL CONFERENCE

Initial _____   Status _____   Settlement _____   Pretrial _____

Other: TELEPHONE DISCOVERY CONFERENCE

APPEARANCES:    Plaintiff    G. Oliver Koppell
                             Garret Smith

                Defendant    Andrew Schultz
                             Brian Davis

SCHEDULING:

1. The next Pretrial conference will be held on April 12, 2007 at 11:00 a.m., as previously scheduled.

THE FOLLOWING RULINGS WERE MADE: Plaintiffs' letter application of December 26, 2006 is DENIED.  Plaintiffs' letter application of January 3, 2007 is GRANTED, to the extent that the deposition of plaintiff Smith will be conducted in Boston, MA, and that of plaintiff Schober shall be conducted in Alabama.  The other three plaintiff depositions shall be conducted at Mr. Zucker's office in Woodbury, NY.
   Discovery may continue until February 28, 2007.  All other deadlines remain unchanged.

                                        SO ORDERED

                                        /s/ William D. Wall
                                        WILLIAM D. WALL
                                        United States Magistrate Judge