UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
CHRISTIE A. LIMPERT, VIVIAN J.
FONTEBOA, VINCENT VALLE, JR.,
QUEEN SMITH, and WILLIAM A.
SCHOBER, individually and on
behalf of all others similarly situated

                  Plaintiffs,

    -against-

CAMBRIDGE CREDIT COUNSELING
CORP., CAMBRIDGE CREDIT CORP.,
CAMBRIDGE/BRIGHTON BUDGET
PLANNING CORP., BRIGHTON CREDIT
MANAGEMENT CORP., BRIGHTON CREDIT
CORP., BRIGHTON CREDIT CORP. OF
MASSACHUSETTS, BRIGHTON DEBT
MANAGEMENT SERVICES, LTD., DEBT
RELIEF CLEARINGHOUSE, LTD., CYPRESS
ADVERTISING & PROMOTIONS,
INC., FIRST CONSUMER CREDIT
MANAGEMENTCORP., JOHN PUCCIO,
RICHARD PUCCIO and ROBERT
HENLE, P.C.

                  Defendants.
------------------------------------------------------X

CV-03-5986 (TCP) (WDW)

**MEMORANDUM** and **ORDER**

PLATT, District Judge.

        The parties in the above-captioned action disagree concerning motion practice in this case. In this respect, by letters to the Court dated April 19, 2007 and April 27, 2007, the defendants have advised this Court that they intend to move for summary judgment, and have asked that the Court decide such motion prior to rendering any decision related to a motion for class certification that plaintiffs intend to file. By letter to the Court dated April 23, 2007, plaintiffs request that their motion for class certification be decided first.

1

This Court will address issues related to class certification prior to ruling on any summary judgment motion.

SO ORDERED.

/s/_____

Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York

May 1st, 2007